**AO 450 (Rev. 5/85)   Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*                   DISTRICT OF            NEVADA

## JUDGMENT IN A CIVIL CASE

JOE LEMOS, et al,

    Plaintiff(s),

       V.                                    CV-S-01-0262-KJD(LRL)

AMY SALAS, et al,

    Defendant(s),_____/

\_ **Jury Verdict.** This action came before the jury for a trial by the Court. The issues have been tried and the jury has rendered it's verdict.

**X Decision by Court.** This action came before the Court and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED: Plaintiff's complaint is dismissed with prejudice.

September 5th, 2003                         LANCE S. WILSON
     Date                                          Clerk

                                            /s/ Jeff M.
                                            (By) Deputy Clerk

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 5 2003

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

266